Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

_____Newark_____ Division

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAY 19 A 10:52

Lajorne Ferguson

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Unitedhealth Group INC

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lajorne Ferguson |
| Street Address | 161 N Arlington Ave Apt 27 |
| City and County | East Orange, Essex County |
| State and Zip Code | NJ 07017 |
| Telephone Number | 9083801758 |
| E-mail Address | eochs394@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                                             Unitedhealth Group

    Job or Title *(if known)*

    Street Address                         9900 Bren Road East

    City and County                      Minnetonka, Hennepin COunty

    State and Zip Code               MN  55343

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Unitedhealth Group |
| Street Address | 1622 Edmund Ter |
| City and County | Union, Union COunty |
| State and Zip Code | NJ 07083 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

See attached

☑    Relevant state law *(specify, if known)*:

See attached

☐    Relevant city or county law *(specify, if known)*:

# Section II: Basis of Jurisdiction Continued

Other Federal Law: Retaliation under 42 U.S.C. § 12203 for engaging in protected activity under the Americans with Disabilities Act (ADA)

Relevant State Law: Supplemental Jurisdiction under 28 U.S.C. § 1367 for claims brought under the New Jersey Law Against Discrimination (NJLAD), N.J.S.A. 10:5-1 et seq.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [✔] Failure to hire me.
- [✔] Termination of my employment.
- [ ] Failure to promote me.
- [✔] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [✔] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October of 2024 through continuing post terminiation

C.    I believe that defendant(s) *(check one)*:

- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✔] disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

# Section III: Statement of Claim

**ATTACHMENT TO SECTION III: STATEMENT OF CLAIM**

**Plaintiff:** Lajorne Ferguson

**Defendant:** UnitedHealth Group Incorporated

**EEOC Charge No:** 444-2024-03302

**1. Facts Related to Disability Discrimination:** Plaintiff was employed by Defendant, UnitedHealth Group, working remotely from their residence in New Jersey. During their employment, Plaintiff was diagnosed with a serious medical condition and was formally approved for medical leave, which was administratively managed by Defendant's office in Utah. In October 1, 2024, while on this approved medical leave, Plaintiff's employment was abruptly terminated by their direct supervisor in New Jersey. The supervisor claimed to be unaware of Plaintiff's approved status, demonstrating a systemic corporate failure to maintain the mandatory interactive process or honor approved medical accommodations under the ADA.

**2. Facts Related to Post-Termination Damages:** As a direct result of this sudden termination, Plaintiff experienced an immediate loss of employer-sponsored health insurance. This unexpected disruption of continuous medical care directly triggered severe physical health crises, resulting in emergency room interventions and urgent medical treatments in Connecticut in both October 2024 and October 2025. The physical distress, medical harm, and resulting financial burden of these outstanding medical bills are a direct consequence of Defendant's unlawful termination.

**3. Facts Related to Retaliatory Failure to Hire ("Blacklisting"):** Following the termination, Plaintiff took immediate steps to mitigate financial damages and secured alternative employment in May 2025. However, Plaintiff has continuously applied for a multitude of open positions within UnitedHealth Group for which they are highly qualified based on their extensive credentials and experience. Defendant has systematically rejected Plaintiff for every single application. This total, company-wide exclusion constitutes a continuous, willful pattern of post-employment retaliation, retaliatory failure to hire, and blacklisting directly linked to Plaintiff's protected status and the subsequent filing of EEOC Charge No. 444-2024-03302.

See attached statement of claim

_(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)_

## IV.    Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on _(date)_
July of 2025

B.       The Equal Employment Opportunity Commission _(check one)_:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on _(date)_   02/23/2026          .

_(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)_

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct _(check one)_:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Compensatory Damages: Award compensatory damages for severe emotional distress, mental anguish, physical suffering, and medical expenses resulting from the emergency medical crises triggered by the unlawful loss of health insurance following termination.

Financial Damages: Award back pay, front pay, lost benefits, and full financial restitution for all lost wages and career advancement opportunities caused by the unlawful termination and subsequent retaliatory failure to hire.

Punitive Damages: Award punitive damages for Defendant's willful, malicious, and reckless indifference to Plaintiff's federally protected civil rights and continuous post-employment blacklisting.

Additional Relief: Award pre-judgment interest, post-judgment interest, and any such further relief as this Court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        05/16/2026

Signature of Plaintiff

Printed Name of Plaintiff        LAJORNE FERGUSON

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address