**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAJORNE FERGUSON,<br>Plaintiff,<br>v.<br>UNITEDHEALTH GROUP INC.,<br>Defendant. | Civil Action No. 26-05699 (JXN)(JRA)<br><br>**MEMORANDUM AND ORDER** |

**NEALS**, District Judge

**THIS MATTER** having come before the Court upon *pro se* Plaintiff Lajorne Ferguson's ("Plaintiff") Complaint (ECF No. 1) and application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1-2). On October 15, 2026, this Court issued an Order advising Plaintiff that he had not submitted the appropriate long-form *in forma pauperis* application (AO-239) required for the District Court to adjudicate indigent status. (ECF No. 4.) The Court administratively closed this matter but afforded Plaintiff the opportunity to reopen this action by paying the $405.00 filing fee or by submitting a completed and signed long-form *in forma pauperis* application no later than November 12, 2026. (*Id.*) To date, Plaintiff has neither paid the filing fee nor submitted the appropriate long-form *in forma pauperis* application.

Courts have found that "[d]ismissal without prejudice is appropriate where a litigant fails to file an appropriate application seeking leave to proceed in forma pauperis or pay the filing fee." *Shingara v. Northumberland Co. Tax & Assessment Off.*, No. 24-1799, 2025 WL 1345249, at *4 (M.D. Pa. Jan. 16, 2025), *report and recommendation adopted*, No. 24-01799, 2025 WL 1337550 (M.D. Pa. Feb. 5, 2025); *see also Rizvi v. Md. Dep't of Soc. Servs.*, 791 F. App'x 288, 289–90 (3d Cir. 2019) (affirming the district court's dismissal of a complaint without prejudice

for failure to prosecute where the plaintiff's *in forma pauperis* application was denied and the plaintiff did not timely pay the filing fee); *Lindsey v. Roman*, 408 F. App'x 530, 532-22 (3d Cir. 2010) (affirming the district court's dismissal of a *pro se* litigant's complaint where the litigant did not pay the fee or submit the appropriate forms in support of his application to proceed *in forma pauperis*); *Parker v. Harrisburg City*, No. 17-653, 2017 WL 3015880, at *2 (M.D. Pa. June 7, 2017) (recommending that a *pro se* litigant's complaint be dismissed without prejudice where he did not file a completed application requesting leave to proceed *in forma pauperis* after being provided an opportunity to do so), *report and recommendation adopted*, 2017 WL 3008583 (M.D. Pa. July 14, 2017)).

Here, because Plaintiff has not paid the required filing fee or submitted the appropriate long-form *in forma pauperis* application (AO-239) required to determine indigent status, the Court cannot file or consider the Complaint. Accordingly,

**IT IS** on this 16th day of November 2026, **ORDERED** that:

1. The Clerk of the Court shall reopen this matter for purposes of this Order only;
2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED *without prejudice***; and
3. The Clerk of the Court shall serve this Memorandum and Order upon Plaintiff by regular mail and shall **CLOSE** the file in this matter.

**JULIEN XAVIER NEALS**
**United States District Judge**